UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:15-cv-14127-RLR

BRUCE SAWYER,
*on behalf of himself
and all others similarly situated,*

    Plaintiff,

v.

FREDERICK J. HANNA & ASSOCIATES, P.C.,
*a Georgia Professional Corporation,*

    Defendant.
_____/

NOTICE OF SETTLEMENT

Plaintiff, Bruce Sawyer, gives notice to the Court that he has agreed on terms of a settlement with Defendant, Frederick J. Hanna & Associates, P.C.  Plaintiff requests fourteen (14) days in which to file a Joint Stipulation of Dismissal so that the settlement can be finalized.

    Respectfully submitted,

    */s/  Leo W. Desmond*
    Leo W. Desmond, Esq.
    Florida Bar No. 0041920
    5070 Highway A1A, Suite D
    Vero Beach, Florida 32963
    Telephone: (772) 231-9600
    Facsimile: (772) 231-0300
    lwd@verobeachlegal.com
    *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 16, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. Mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

### SERVICE LIST

Jeremy W. Rogers, Esq.
Florida Bar No. 150551
FREEMAN MATHIS & GARY, LLP
8857 Hidden River Parkway, Suite 300
Tampa, FL 33637
Tel: 813.367.2128
jrogers@fmglaw.com
*Attorney for Defendant*

                                          Respectfully submitted,

                                          /s/ Leo W. Desmond
                                          Leo W. Desmond, Esq.
                                          Florida Bar No. 0041920
                                          5070 Highway A1A, Suite D
                                          Vero Beach, Florida 32963
                                          Telephone: (772) 231-9600
                                          Facsimile: (772) 231-0300
                                          lwd@verobeachlegal.com