IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 2:15-cv-14127-RLR

BRUCE SAWYER
*on behalf of himself*
*and all other similarly situated,*

      Plaintiff,

v.

FREDERICK J. HANNA &
ASSOCIATES, P.C., *a Georgia*
*Professional Corporation,*

      Defendant.                         /

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Defendant FREDERICK J. HANNA & ASSOCIATES, P.C. and the Plaintiff, BRUCE SAWYER, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) hereby STIPULATE AND AGREE, that the above cause, having been amicably resolved, be dismissed with prejudice as to all claims, between all parties, with each party to bear their own costs and attorneys' fees in this matter.

Dated May 25, 2016                    Respectfully submitted,

                                              /s/ Leo W. Desmond
                                              Leo W. Desmond, Esq.
                                              Florida Bar No. 0041920
                                              5070 Highway A1A, Suite D
                                              Vero Beach, Florida 32963
                                              Telephone: (772) 231-9600
                                              Facsimile: (772) 231-0300
                                              lwd@verobeachlegal.com
                                              *Counsel for Plaintiff*

        */s/ Jeremy W. Rogers*
        Jeremy W. Rogers, Esq.
        Florida Bar No. 150551
        FREEMAN MATHIS & GARY, LLP
        8857 Hidden River Parkway, Suite 300
        Tampa, FL 33637
        Tel: 813.367.2128
        jrogers@fmglaw.com
        *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 25, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this date via U.S. Mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

## SERVICE LIST

Jeremy W. Rogers, Esq.
Florida Bar No. 150551
FREEMAN MATHIS & GARY, LLP
8857 Hidden River Parkway, Suite 300
Tampa, FL 33637
Tel: 813.367.2128
jrogers@fmglaw.com
*Attorney for Defendant*

        Respectfully submitted,

        */s/ Leo W. Desmond*
        Leo W. Desmond, Esq.
        Florida Bar No. 0041920
        5070 Highway A1A, Suite D
        Vero Beach, Florida 32963
        Telephone: (772) 231-9600
        Facsimile: (772) 231-0300
        lwd@verobeachlegal.com